# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 05, 2018**

SEAN F. McAVOY, CLERK

Julio Cesar Ayala,

|  |  |
|---|---|
| *Petitioner,* | ) ) ) |
| v. | ) |
| United States of America, | ) ) |

Civil Action No.   4:18-cv-05064-EFS

*Respondent*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Judgment is entered in favor of the United States pursuant to Order Denying § 2255 Motion.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge   EDWARD F. SHEA _____ on a 2255 Motion to Vacate, Set Aside
or Correct Sentence by Person in Federal Custody in criminal case 4:16-cr-06042-EFS-2 filed 04/12/2018 .

Date:   09/05/2018 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

s/ Allison Yates _____
*(By) Deputy Clerk*

Allison Yates _____